BROWN WHITE & NEWHOUSE LLP
GEORGE B. NEWHOUSE, JR (SBN 107036)
HENRY WHITEHEAD (SBN 284676)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213. 613.0500
Facsimile:   213.613.0550

Attorneys for Defendants
Sprint Nextel Corp. and Verizon Wireless Servs. LLC

# UNITED STATES DISTRICT COURT

JS-6

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MORRIS REESE,<br><br>  Plaintiff,<br><br>  v.<br><br>SPRINT NEXTEL CORP.,<br><br>  Defendant. | Case No. 2:13-cv-3811-ODW(PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES** |
| MORRIS REESE,<br><br>  Plaintiff and Counter-defendant,<br><br>v.<br><br>TRACFONE WIRELESS, INC.,<br><br>  Defendant and Counterclaimant. | Case No. 2:13-cv-5196-ODW(PLAx) |

| | | |
|---|---|---|
| MORRIS REESE,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>VERIZON WIRELESS SERVS. LLC,<br><br>    Defendant and Counter-claimant. | Case No. 2:13-cv-5197-ODW(PLAx) | |
| MORRIS REESE,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>AT&T MOBILITY II LLC,<br><br>    Defendant and Counter-claimant. | Case No. 2:13-cv-5198-ODW(PLAx) | |
| MORRIS REESE,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA,<br><br>    Defendant. | Case No. 2:13-cv-5199-ODW(PLAx)-* | |

In light of the Court's orders granting the respective defendant's motions for summary judgment in *Reese v. Sprint Nextel Corp.*, Case No. 2:13-cv-3811-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 76), *Reese v. TracFone Wireless, Inc.*, Case No. 2:13-cv-5196-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 38), *Reese v. Verizon Wireless Servs. LLC*, Case No. 2:13-cv-5197-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 42), *Reese v. AT&T Mobility II LLC*, Case No. 2:13-cv-5198-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 36), and *Reese v. T-Mobile USA*, Case No. 2:13-cv-5199-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 40), and considering the Parties' representations in their May 30, 2014 Joint

Status Report, *Reese v. Sprint Nextel Corp.*, Case No. 2:13-cv-3811-ODW(PLAx) (C.D. Cal.)

**IT IS HEREBY ORDERED:**

1. Plaintiff Morris Reese shall take nothing;
2. Judgment for each of the Defendants in each of the following related cases:
    a. Sprint Nextel Corp. (2:13-cv-3811-ODW(PLAx));
    b. TracFone Wireless, Inc. (2:13-cv-5196-ODW(PLAx));
    c. Verizon Wireless Services LLC (2:13-cv-5197-ODW(PLAx));
    d. AT&T Mobility II LLC (2:13-cv-5198-ODW(PLAx)); and
    e. T-Mobile USA (2:13-cv-5199-ODW(PLAx)).
3. Defendants' counterclaims are dismissed without prejudice.
4. The Clerk of Court shall close this case.

**IT IS SO ORDERED**

Dated: September 23, 2014

Honorable Otis D. Wright II
United States District Judge